O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.:SACR 05-234 JVS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER OF DETENTION AFTER HEARING |
| | ) | [Fed.R.Crim.P. 32.1(a)(6); |
| | ) | 18 U.S.C. 3143(a)] |
| Paul France, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant having been arrested in this District pursuant to a warrant previously issued by the Honorable James V. Selna, United States District Judge, for an alleged violation of the terms and conditions of his supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (X) The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the charged offense, his apparent drug use, prior probation violation.

and

1  B.    (X)  The defendant has not met his burden of establishing by
2       clear and convincing evidence that he is not likely to pose a
3       danger to the safety of any other person or the community if
4       released under 18 U.S.C. § 3142(b) or (c).  This finding is based
5       on the nature of the charged probation violations and the
6       defendant's extensive criminal history.

8       IT THEREFORE IS ORDERED that the defendant be detained pending
9  the further revocation proceedings.

11 Dated: March 8, 2007                    *ARTHUR NAKAZATO*
                                           ARTHUR NAKAZATO
12                                   UNITES STATES MAGISTRATE JUDGE

2